# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2014

148434

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PHILLIP M. CLOHSET, as Personal
Representative of the Estates of
CLARENCE G. CLOHSET and
VIRGINIA C. CLOHSET,
                Plaintiff-Appellee,

v

                SC: 148434
                COA: 301681
                Oakland CC: 2009-105692-CZ

NO NAME CORPORATION and the
Estate of WALTER A. GOODMAN,
                Defendants-Appellees,

and

GERALDINE K. GOODMAN,
                Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 1, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2014



Clerk

h0422